# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 9, 2022

Lyle W. Cayce
Clerk

No. 20-20612

Michael Geoffrey Peters,

*Plaintiff—Appellant*,

*versus*

The Texas Department of Criminal Justice;
Rabbi Dovid Goldstein; The Aleph Institute;
Rabbi Shimon Lararoff; The Chabad Outreach;
The State of Texas,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-3581

Before Smith, Higginson, and Willett, *Circuit Judges*.

Per Curiam:*

Michael Peters, Texas prisoner # 2019190, moves to proceed *in forma pauperis* ("IFP") on appeal as a sanctioned litigant following the district court's dismissal without prejudice, per 28 U.S.C. § 1915(g), of his 42 U.S.C.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-20612

§ 1983 action.  Peters's speculative and conclusory arguments are insufficient to make the showing required to avoid application of the three-strikes bar under § 1915(g).  *See Banos v. O'Guin*, 144 F.3d 883, 884–85 (5th Cir. 1998); *Carson v. Polley*, 689 F.2d 562, 586 (5th Cir. 1982).

Peters's motion to supplement the record is GRANTED.  His motion for leave to proceed IFP on appeal is DENIED.  For the same reasons, his appeal of the dismissal is frivolous and is DISMISSED.  *See* 5TH CIR. R. 42.2; *Baugh v. Taylor*, 117 F.3d 197, 202 & n.24 (5th Cir. 1997).

Peters is WARNED that frivolous, repetitive, or otherwise abusive filings will invite the imposition of other sanctions, which may include dismissal, monetary sanctions, and restrictions on his ability to file pleadings in this court and any court subject to this court's jurisdiction.  *See Coghlan v. Starkey*, 852 F.2d 806, 817 n.21 (5th Cir. 1988) (per curiam).